Form notcorr

# United States Bankruptcy Court

Southern District of Alabama

**Case No. 26−12468**
**Chapter 13**

In re:

Sara−Kingsley Serenity Strickland
aka Sara Kingsley Strickland, aka Sara Serenity Strickland, aka Sara Strickland, aka Sara K Strickland, aka Sara S Strickland
507 W. Grant St
Mobile, AL 36611

Social Security No.:
xxx−xx−0400

## *NOTICE TO CORRECT*

Notice to Debtor(s) of Incomplete Filing(s): Chapter 13 Plan (Local Form). Failure to file the required document(s), by the deadline, will result in a Show Cause hearing. (RE: related document(s)20 Amended Chapter 13 Plan (preconfirmation) filed by Sara−Kingsley Serenity Strickland). Incomplete Filings due by 11/3/2026. (TLW)

Dated: 10/20/26

Andrea D. Redmon
**CLERK, U.S. BANKRUPTCY COURT**