# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1128−1 | User: admin | Date Created: 10/20/2026 |
| Case: 26−12468 | Form ID: ntccorr | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Stephen L. Klimjack | pleadings@klimjack.com |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Sara−Kingsley Serenity Strickland | 507 W. Grant St | Mobile, AL 36611 |

TOTAL: 1